United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-15032-elf
Taaliba Qaiyim                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: DonnaR　　　Page 1 of 1　　　Date Rcvd: Nov 08, 2017
　　　　　　　　　　　　Form ID: pdf900　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2017.
db　　　　　　+Taaliba Qaiyim,　　3030 McKinley Street,　　Philadelphia, PA 19149-3110

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2017　　　　　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2017 at the address(es) listed below:
　　　　　　BARBARA A. FEIN    on behalf of Creditor    Specialized Loan Servicing LLC, as Servicing Agent for
　　　　　　 The Bank of New York Mellon speck@lobaf.com,    BarbaraF@lobaf.com
　　　　　　BRIAN CRAIG NICHOLAS    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
　　　　　　 York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES,
　　　　　　 SERIES 2007-6 bnicholas@kmllawgroup.com,    bkgroup@kmllawgroup.com
　　　　　　KENNETH G. HARRISON    on behalf of Debtor Taaliba  Qaiyim kghesq@juno.com
　　　　　　MARTIN A. MOONEY    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
　　　　　　 as Trustee for the certificateholders of the CWABS, Inc., servicer Specialized Loan Servicing
　　　　　　 LLC tshariff@schillerknapp.com,    ahight@schillerknapp.com;kcollins@schillerknapp.com
　　　　　　MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as Servicing Agent
　　　　　　 for The Bank of New York Mellon bkgroup@kmllawgroup.com
　　　　　　REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York
　　　　　　 et all... bkgroup@kmllawgroup.com
　　　　　　THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
　　　　　　 as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
　　　　　　 2007-6 tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
　　　　　　United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
　　　　　　WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| TAALIBA QAIYIM, | : | |
| Debtor | : | Bky. No.  15-15032  ELF |

# O R D E R

**AND NOW,** upon consideration of the Motion to Approve Mortgage Modification ("the Motion") (Doc. # 51) filed by **The Bank of New York Mellon** ("the Lender"), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion and to the extent that relief from the automatic stay is necessary for the parties to enter into the transaction, such relief is **GRANTED** to the Lender.

3. Except as provided in Paragraph 4 below, if applicable, the confirmed plan remains **IN FULL FORCE AND EFFECT** and **THE TRUSTEE MAY DISTRIBUTE THE PLAN PAYMENTS** as provided in the plan.

4. If: (a) the confirmed chapter 13 plan provides for the cure of prepetition arrears under 11 U.S.C. §1322(b)(5) and (b) the loan modification provides for reinstatement of the loan account and the elimination of the pre-petition arrears, **THE TRUSTEE SHALL MAKE NO FURTHER DISTRIBUTION TO THE LENDER** on account of the Lender's claim for pre-petition arrears under the confirmed chapter 13 plan and shall distribute the plan payments in accordance with the other provisions of the confirmed plan.

**Date: November 7, 2017**

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**