# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 15-15032-ELF

TAALIBA QAIYIM

3030 MCKINLEY STREET

PHILADELPHIA, PA 19149-

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    TAALIBA QAIYIM

    3030 MCKINLEY STREET

    PHILADELPHIA, PA 19149-

Counsel for debtor(s), by electronic notice only.

    KENNETH G HARRISON
    FIVE NESHAMINY INTERPLEX
    SUITE 115
    TREVOSE, PA 19053-

                                                /S/ William C. Miller

Date: 7/12/2018                                       _____

                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee