United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-15032-elf
Taaliba Qaiyim                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 2              Date Rcvd: Oct 03, 2018
                              Form ID: pdf900       Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2018.
```
db           +Taaliba Qaiyim,    3030 McKinley Street,    Philadelphia, PA 19149-3110
cr           +Specialized Loan Servicing LLC,    14841 Dallas Parkway, Suite 425,    Dallas, TX 75254-8067
cr           +Specialized Loan Servicing LLC, as Servicing Agent,    8742 Lucent Boulevard,   Suite 300,
              Highland Ranch, CO 80129-2386
cr           +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr           +The Bank of New York Mellon,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,
              Highlands Ranch, CO 80129-2386
13563811     +AES/Suntrust,    1200 N. 7th Street,    Harrisburg, PA 17102-1419
13569688     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
              Arlington, TX 76096-3853
13563813     +Convergent Outsourcing,    800 SW 39th Street,    Renton, WA 98057-4975
13576831      ECMC,   PO BOX 16408,    St Paul, MN 55116-0408
13563815     +GM Financial,    P.O. Box 181145,    Arlington, TX 76096-1145
13563818    #+Penn Credit Corporation,    916 S. 14th Street,    Harrisburg, PA 17104-3425
13563820     +RJM ACQ LLC,    575 Underhill Blvd,    Suite 2,    Syosset, NY 11791-3426
13563821     +SLS, LLC,    8742 Lucent Boulevard,    Suite 300,    Highlands Ranch, CO 80129-2386
14054941     +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13572083     +The Bank of New York Mellon Trustee (See B10),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13563823     +Xerox Solutions,    P.O. Box 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Oct 04 2018 02:19:52    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 04 2018 02:19:35
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 04 2018 02:19:43    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13563812      E-mail/Text: megan.harper@phila.gov Oct 04 2018 02:19:51    City of Philadelphia,
              Law Department,    1515 Arch Street  15th Floor,    Philadelphia, PA 19102
13654724      E-mail/Text: megan.harper@phila.gov Oct 04 2018 02:19:51    City of Philadelphia,
              Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
13652002     +E-mail/Text: megan.harper@phila.gov Oct 04 2018 02:19:51
              CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    MUNICIPAL SERVICES BUILDING,
              1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13563814     +E-mail/Text: electronicbkydocs@nelnet.net Oct 04 2018 02:19:40    Department of Education/Nein,
              121 S. 13th Street,    Lincoln, NE 68508-1904
13563816     +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 04 2018 02:29:31    LVNV Funding, LLC,
              P.O. Box 10497,    Greenville, SC 29603-0497
13563817     +E-mail/Text: bankruptcydpt@mcmcg.com Oct 04 2018 02:19:39    Midland Funding,
              8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
13563819      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 04 2018 02:29:53
              Portfolio Recovery Associates,    140 Corporate Blvd,    Norfolk, VA 23502
13567629      E-mail/Text: ebn@vativrecovery.com Oct 04 2018 02:19:23    Palisades Acquisition XVI,
              VATIV RECOVERY SOLUTIONS LLC, dba SMC,    As agent for Palisades Acquisition XVI,
              P.O. Box 40728,    Houston, TX 77240-0728
13580348     +E-mail/Text: bankruptcy@philapark.org Oct 04 2018 02:19:57    Philadelphia Parking Authority,
              701 Market St.,    Suite 5400,    Philadelphia, PA 19106-2895
13571864     +E-mail/Text: electronicbkydocs@nelnet.net Oct 04 2018 02:19:40    U.S. Department of Education,
              C/O Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
13563822     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 04 2018 02:19:19
              Verizon,    500 Technology Drive,    Suite 300,    Weldon SPring, MO 63304-2225
                                                                                             TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
              Arlington, TX 76096-3853
13579241*    +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
              Arlington, TX 76096-3853
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: DonnaR                Page 2 of 2                  Date Rcvd: Oct 03, 2018
                              Form ID: pdf900             Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2018 at the address(es) listed below:

```
              BARBARA A. FEIN    on behalf of Creditor    Specialized Loan Servicing LLC, as Servicing Agent for
               The Bank of New York Mellon bfein@sanddlawyers.com,   mhanford@sanddlawyers.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES,
               SERIES 2007-6 bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KENNETH G. HARRISON    on behalf of Debtor Taaliba  Qaiyim kghesq@juno.com
              MARTIN A. MOONEY    on behalf of Creditor    The Bank of New York Mellon fka The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., servicer Specialized Loan Servicing
               LLC ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com;cmack@schillerknap
               p.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Specialized Loan Servicing LLC, as Servicing Agent
               for The Bank of New York Mellon bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York
               et all... bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES
               2007-6 tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TAALIBA QAIYIM                               Chapter 13


            Debtor              Bankruptcy No. 15-15032-ELF


**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.


**Date: October 3, 2018**          _____
                                   Eric L. Frank
                                   Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
KENNETH G HARRISON
FIVE NESHAMINY INTERPLEX
SUITE 115
TREVOSE, PA 19053-


Debtor:
TAALIBA QAIYIM

3030 MCKINLEY STREET

PHILADELPHIA, PA 19149-